**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Baytex Credit Corp.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0311298 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4899 Montrose Blvd., Suite 805**<br>**Houston, TX 77006**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

        5112

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ A plan is being filed with this petition.

    ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| 11. | Why is the case filed in **this district**? | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No   ☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . | *Check one:* |

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ☐ 1-49 ☐ 50-99 ■ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than100,000 |

| 15. | Estimated Assets | ☐ $0 - $50,000 ☐ $50,001 - $100,000 ■ $100,001 - $500,000 ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0 - $50,000 ☐ $50,001 - $100,000 ☐ $100,001 - $500,000 ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  1, 2016**
_____
MM / DD / YYYY

X **/s/ William Walker**
_____
Signature of authorized representative of debtor

**William Walker**
_____
Printed name

Title   **Chairman and Director**
_____

**18. Signature of attorney**

X **/s/ Jarrod Martin**
_____
Signature of attorney for debtor

Date **April  1, 2016**
_____
MM / DD / YYYY

**Jarrod Martin**
_____
Printed name

**Nathan Sommers Jacobs, A Professional Corporation**
_____
Firm name

**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
_____
Number, Street, City, State & ZIP Code

Contact phone   **713-960-0303**     Email address _____

**24070221**
_____
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name    **Baytex Credit Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
| --- | --- |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  1, 2016**          X **/s/ William Walker**
                                            Signature of individual signing on behalf of debtor

                                            **William Walker**
                                            Printed name

                                            **Chairman and Director**
                                            Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Baytex Credit Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Office Trade Company 4899 Montrose Boulevard Apartment 805 Houston, TX 77006** | | | | | | **$600,000.00** |
| **Revenue LLC 819 Fifth Ave. North Seattle, WA 98109** | | | | | | **$250,000.00** |
| **Spur Growth Partners, LLC 2041 W. 14 1/2 St Houston, TX 77008** | | | | | | **$400,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Baytex Credit Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................    $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $ **250,100.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $ **250,100.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................    $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................................    +$ **1,250,000.00**

4. **Total liabilities** ................................................................................................
   Lines 2 + 3a + 3b    $ **1,250,000.00**

**Fill in this information to identify the case:**

Debtor name    **Baytex Credit Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

|  | | | |
|---|---|---|---|
| 3.1.. **Checking**<br>**Last 4 digits of Acc# : 7596**<br>**Amegy Bank** | Checking | 7596 | $100.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$100.00**

**Part 2:**       **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**       **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**       **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Baytex Credit Corp.**                                    Case number *(if known)* _____
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer List | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** Software (cost value) | **$250,000.00** | | **$250,000.00** |
| 65. **Goodwill** | | | |

Debtor   **Baytex Credit Corp.**                                     Case number *(If known)* _____
_____
Name

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                      | $250,000.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Baytex Credit Corp.**                                       Case number *(If known)*  _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $250,100.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $250,100.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Baytex Credit Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name   **Baytex Credit Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Albritton, Amanda**<br>**10832 Almeda Park Drive**<br>**Houston, TX 77045** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**   FOR NOTICE PURPOSES ONLY | $ **0.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Anderson, Justin**<br>**6351 40th Avenue Southwest**<br>**Seattle, WA 98136** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**   FOR NOTICE PURPOSES ONLY | $ **0.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ **0.00** |
|---|---|---|---|

Debtor 1    **William Walker**
_____    Case number *(if know)* _____
First Name          Middle Name          Last Name

**Anderson, Samuel**
**822 Lake Street South**
**Kirkland, WA 98033**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FOR NOTICE PURPOSES ONLY**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Angela Alcantara**
**19747 Twin Canyon Ct**
**Katy, TX 77450**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FOR NOTICE PURPOSES ONLY**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Angela M. Hall**
**2829 Timmons Ave**
**Houston, TX 77027**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FOR NOTICE PURPOSES ONLY**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Bacon, Robert**
**1901 Calumet St #306**
**Houston, TX 77006**
_____

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **FOR NOTICE PURPOSES ONLY**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1    **William Walker**                                                    Case number (if know) _____
First Name          Middle Name          Last Name

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Barrienges, Carlos**
**26446 199th Place Southeast**
**Covington, WA 98042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**     FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$     **0.00**

---

| 3.8 |

**Nonpriority creditor's name and mailing address**
**Bonarrigo, Keith**
**2410 SW Brandon Street**
**Seattle, WA 98106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**     FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$     **0.00**

---

| 3.9 |

**Nonpriority creditor's name and mailing address**
**Brantley, Nicole**
**5004 8th Avenue NW**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**     FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$     **0.00**

---

| 3.10 |

**Nonpriority creditor's name and mailing address**
**Brooks, John**
**9414 N. Fitzgerald Way**
**Missouri City, TX 77459**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**     FOR NOTICE PURPOSES ONLY

$     **0.00**

---

Debtor 1   **William Walker**

First Name        Middle Name        Last Name

Case number (if know) _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.11**

Nonpriority creditor's name and mailing address
**Butler, Ray**
**17520 425th Avenue SE**
**North Bend, WA 98045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.12**

Nonpriority creditor's name and mailing address
**Cadden, Michael**
**10311 Sandpoint Way NE**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.13**

Nonpriority creditor's name and mailing address
**Cadden, Sinead**
**10311 Sandpoint Way NE**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

**3.14**

Nonpriority creditor's name and mailing address
**Carmina Toledo**
**19747 Twin Canyon Ct**
**Katy, TX 77450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

---

Debtor 1   **William Walker**                                     Case number (if know) _____

First Name        Middle Name        Last Name

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number _____         ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Caudill, Nicholas Joseph**
**10728 8th Ave NE #5**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number _____         ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Cessna, Scott**
**1620 Dexter Ave N, #502**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number _____         ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Classen, Maurice**
**1712 N. Wells Street, Unit 3**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____        **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number _____         ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

Debtor 1   **William Walker**

First Name          Middle Name          Last Name          Case number (if know)

---

**Cordts, Andrea**
**800 1st Ave N**
**Seattle, WA 98109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|------|------|------|------|------|

**Cronk, Jason**
**13810 SE 274th Street**
**Kent, WA 98042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|------|------|------|------|------|

**Cummins, Michael**
**7 Harrison Street #28**
**Seattle, WA 98109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|------|------|------|------|------|

**Daley, James**
**PO Box 25575**
**Seattle, WA 98165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1   **William Walker**                                          Case number *(if know)* _____
_____
First Name        Middle Name        Last Name

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DeLaRosa, Sarah**<br>**318 South 1st St**<br>**La Porte, TX 77571** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY** | $    **0.00** |

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                       ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Dion, Emma**<br>**400 Park Avenue 10-3**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY** | $    **0.00** |

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                       ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Dion, Kenneth**<br>**400 Park Avenue 10-3**<br>**Breckenridge, CO 80424** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY** | $    **0.00** |

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number _____     ■ No
                                       ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Dotson, Darren Michael**<br>**4219 Geronimo Lane**<br>**Houston, TX 77047** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY** | $    **0.00** |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **William Walker**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address<br>**Eagleman, Jeremy**<br>**407 Breeze Way**<br>**Las Vegas, NV 89105** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address<br>**Elmer, John**<br>**631 W Forest Drive**<br>**Houston, TX 77079** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address<br>**Elmer, Madeline**<br>**631 W Forest Drive**<br>**Houston, TX 77079** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

Basis for the claim:    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address<br>**Estill, Lisa**<br>**2041 West 14 1/2 St**<br>**Houston, TX 77008** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

---

Debtor 1  **William Walker**

First Name        Middle Name        Last Name

Case number (*if know*) _____

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Estill, Logan**
**2041 West 14 1/2 St**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Eversmann, Jeff**
**11117 Sandstone Trail**
**Austin, TX 78750**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

**Fleco, Michael**
**123 N 103 St, Unit W 212**
**Seattle, WA 98133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 0.00 |

---

Debtor 1   **William Walker**

First Name          Middle Name          Last Name                      Case number (if know) _____

**Foitik, Gloria Kay**
**3711 Dorothy Lane**
**Pearland, TX 77581**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Foitik, Landis**
**4904 W Plum St**
**Pearland, TX 77581**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Francis, Jason**
**7329 Carrie Lane, #187**
**Deer Park, TX 77536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Frank Moss**
**18294 Voss Road**
**Sugar Land, TX 77498**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Debtor 1   **William Walker**                                             Case number (if know) _____
   First Name          Middle Name          Last Name

| | |
|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** |

**3.37**

**Nonpriority creditor's name and mailing address**
**Fulton, David**
**PO Box 10862**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

$   **0.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**George Koo**
**126 Fig Drive**
**Dix Hills, NY 11746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

$   **0.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Geske, Lauren**
**2627 Morning Glory #1**
**Pasadena, TX 77503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

$   **0.00**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Gradwohl, Liberty S.**
**200Aloha St, #10**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

---

Debtor 1   **William Walker**

First Name         Middle Name         Last Name         Case number (if know)

---

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Griego, Dominic Michael**<br>**1630 Cronell Dr NE**<br>**Albuquerque, NM 87106** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Hayes, Jr., Robert E**<br>**12124 N 115th**<br>**Seattle, WA 98133** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Heffron, Barbara**<br>**1523 Allston St**<br>**Houston, TX 77008** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Heffron, Christopher J**<br>**2829 Timmons Lane #132**<br>**Houston, TX 77027** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $    **0.00** |

---

Debtor 1   **William Walker**

First Name       Middle Name       Last Name

Case number (*if know*) _____

---

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $   0.00 |

**Heffron, Lindsay**
**1523 Allston St**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $   0.00 |

**Huhnerkoch, William**
**1247 10th Street, Unit 2**
**Santa Monica, CA 90401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $   0.00 |

**Jones, Chris**
**2324 1st Ave #300**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $   0.00 |

Debtor 1   **William Walker**                                          Case number (if know) _____
         First Name         Middle Name              Last Name

**Jones, Gregory Young Tustin**           *Check all that apply.*
**2414 SW Holden St**                     ☐ Contingent
**Apt H**                                 ☐ Unliquidated
**Seattle, WA 98106**                     ☐ Disputed

                                          **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

                                          ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Keogh, Kristina**                       *Check all that apply.*
**5282 3rd Avenue West**                   ☐ Contingent
**Seattle, WA 98119**                      ☐ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

                                           ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Kimmons, Lottie Louise**                 *Check all that apply.*
**2310 Whitman Way Dr**                    ☐ Contingent
**Friendswood, TX 77546**                  ☐ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

                                           ■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Kimmons, Michael**                       *Check all that apply.*
**2310 Whitman Wway Dr**                   ☐ Contingent
**Friendswood, TX 77546**                  ☐ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

                                           ■ No
Last 4 digits of account number _____   ☐ Yes

---

Debtor 1   **William Walker**
_____   Case number (if know) _____
First Name        Middle Name        Last Name

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Kinker, Lauren**
**9962 Manor Spings Lane**
**77423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Kirby, Michael Elliott**
**1203 Willow Springs Road**
**Killeen, TX 76549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**Laney, Scott**
**10752 Fifth Avenue NW**
**Seattle, WA 98177**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | **0.00** |

**McGill, Lawrence**
**1505 North 150th**
**Shoreline, WA 98133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

---

Debtor 1   **William Walker**

First Name          Middle Name          Last Name

Case number (if know) _____

---

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.56 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  **0.00** |
| | **McGill, Trudy Orr** | *Check all that apply.* |
| | **1505 N. 150th** | ☐ Contingent |
| | **Seattle, WA 98133** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.57 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  **0.00** |
| | **McKay, Malaire** | *Check all that apply.* |
| | **67254 Locke St** | ☐ Contingent |
| | **Mandeville, LA 70471** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.58 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  **0.00** |
| | **McKelvey, Ryan** | *Check all that apply.* |
| | **3435 Burke Avenue** | ☐ Contingent |
| | **Seattle, WA 98103** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:**   **FOR NOTICE PURPOSES ONLY** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

---

| 3.59 | | |
|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $  **0.00** |
| | **McKinnon, Brent** | *Check all that apply.* |
| | **3606 NE 57th Street** | ☐ Contingent |
| | **Seattle, WA 98105** | ☐ Unliquidated |
| | | ☐ Disputed |

---

Debtor 1   **William Walker**                                                    Case number (if know) _____
     First Name         Middle Name         Last Name

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number _____      ■ No
                                      ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00
| McMillian, Amanda | *Check all that apply.*
| 7329 Carrie Lane, #187 | ☐ Contingent
| Deer Park, TX 77536 | ☐ Unliquidated
| | ☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number _____      ■ No
                                      ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00
| Moffett, Jacquelyn | *Check all that apply.*
| 7532 31st Ave SW | ☐ Contingent
| Seattle, WA 98126 | ☐ Unliquidated
| | ■ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number _____      ■ No
                                      ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00
| Moloudeadeh, Armin | *Check all that apply.*
| 8440 36th Avenue SW | ☐ Contingent
| Seattle, WA 98126 | ☐ Unliquidated
| | ☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____      **Is the claim subject to offset?**

Last 4 digits of account number _____      ■ No
                                      ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00

---

Debtor 1   **William Walker**                                    Case number *(if know)* _____
   First Name        Middle Name        Last Name

**Mulholland, Megan**
**5616 80th Ave SE**
**Mercer Island, WA 98040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.64**

**Nonpriority creditor's name and mailing address**
**Mullins, Eric**
**1427 Wagner**
**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

$ **0.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Mullins, Mallory**
**1427 Wagner**
**Houston, TX 77007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

$ **0.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Office Trade Company**
**4899 Montrose Boulevard**
**Apartment 805**
**Houston, TX 77006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ **600,000.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor 1   **William Walker**                                          Case number (if know) _____
      First Name        Middle Name        Last Name

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ 0.00 |
|------|---|---|---|

**Nonpriority creditor's name and mailing address**
**Paris, Gloria**
**2230 N. San Antonio**
**Pearland, TX 77581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

$ **0.00**

---

| 3.68 |

**Nonpriority creditor's name and mailing address**
**Paris, Liza**
**2230 San Antonio St**
**Pearland, TX 77581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

$ **0.00**

---

| 3.69 |

**Nonpriority creditor's name and mailing address**
**Paris, Sam**
**2230 San Antonio St**
**Pearland, TX 77581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

$ **0.00**

---

| 3.70 |

**Nonpriority creditor's name and mailing address**
**Perret, Brian**
**4904 W. Plum St**
**Pearland, TX 77581**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY

$ **0.00**

Debtor 1   **William Walker**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.71 | | | |

**Nonpriority creditor's name and mailing address**
**Perteet, Kyle**
**109 John Street**
**APT 507**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.72 | | | |

**Nonpriority creditor's name and mailing address**
**Phillips, Kevin**
**2912 1/2 Alki Ave SW**
**Seattle, WA 98116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.73 | | | |

**Nonpriority creditor's name and mailing address**
**Polmanteer, Jeff**
**8549 Wilcrest Drive**
**Houston, TX 77099**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No

☐ Yes

---

| 3.74 | | | |

**Nonpriority creditor's name and mailing address**
**Quirk, Jesse**
**67254 Locke St**
**Mandeville, LA 70471**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

---

Debtor 1   **William Walker**                    Case number (if know) _____

First Name            Middle Name            Last Name

---

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred   _____      **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____      ☐ Yes

---

| 3.75 | | | $ |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Render, Joel**
**8400 South 116th Street**
**Seattle, WA 98178**

**As of the petition filing date, the claim is:**      $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred   _____      **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____      ☐ Yes

---

| 3.76 | | | $ |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Revenue LLC**
**819 Fifth Ave. North**
**Seattle, WA 98109**

**As of the petition filing date, the claim is:**      $   **250,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____      **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____      ☐ Yes

---

| 3.77 | | | $ |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**
**Royal, Charles**
**1317 6th ave North #302**
**Seattle, WA 98109**

**As of the petition filing date, the claim is:**      $   **0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred   _____      **Is the claim subject to offset?**

☑ No

Last 4 digits of account number   _____      ☐ Yes

---

| 3.78 | | | $ |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $   **0.00**

---

Debtor 1   **William Walker**

First Name          Middle Name          Last Name

Case number (if know) _____

**Rubash, J. Mark**
**715 Hidden Wood Lane**
**Friendswood, TX 77546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.79 | | | $ **0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rubash, Joyce**
**2201 Jefferson Dr**
**Liberty, TX 77575**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.80 | | | $ **0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rubash, Michael**
**1931 Pilgrims Point Drive**
**Friendswood, TX 77546**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.81 | | | $ **0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rubash, Tressa**
**1931 Pilgrims Point Drive**
**Friendswood, TX 77546**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor 1    **William Walker**                                                   Case number *(if know)* _____

First Name        Middle Name        Last Name

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |

**Nonpriority creditor's name and mailing address**
**Russell, Elizabeth**
**8615 238 St SW, D-201**
**Edmonds, WA 98026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.83 |

**Nonpriority creditor's name and mailing address**
**Ryen, Christopher**
**13008 4th Avenue NW**
**Seattle, WA 98177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.84 |

**Nonpriority creditor's name and mailing address**
**Savage, Heather**
**1818 Kipling St**
**Houston, TX 77098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

$ **0.00**

---

| 3.85 |

**Nonpriority creditor's name and mailing address**
**Schmidt, Justin**
**13823 Cane Valley Ct**
**Houston, TX 77044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

$ **0.00**

---

Debtor 1   **William Walker**

First Name          Middle Name          Last Name

Case number (if know) _____

---

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.86 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Sims, Michael D.**
**903 9th Avenue, #30**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.87 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Singla, Sumeer**
**1766 15th Avenue South**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.88 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Mason**
**8549 Wilcrest Dr**
**Houston, TX 77099**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE PURPOSES ONLY**

$   **0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.89 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Smith, Meagan**
**8549 Wilcrest Dr**
**Houston, TX 77099**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   **0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 24 of 30

Debtor 1   **William Walker**                                              Case number (if know) _____
            First Name        Middle Name        Last Name

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY
                           _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                     ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 400,000.00 |

**Spur Growth Partners, LLC**
**2041 W. 14 1/2 St**
**Houston, TX 77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                     ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

**Stewart, Palani**
**PO Box 25575**
**Seattle, WA 98165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY
                           _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                     ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

**Summers, Lauren**
**2912 1/2 Alki Avenue SW**
**Seattle, WA 98116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   FOR NOTICE PURPOSES ONLY
                           _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                     ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 0.00 |

Debtor 1   **William Walker**
First Name          Middle Name          Last Name

Case number (if know) _____

**Tealdi, Mandi**
**10306 Meridian Avenue N**
**#603**
**Seattle, WA 98133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Tester, Morgan**
**318 South 1st St**
**La Porte, TX 77571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Tim Hoch**
**4408 Dunwick Lane**
**Fort Worth, TX 76109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | **0.00** |
|---|---|---|---|---|

**Van Woerden, Eric**
**2869 West Government Way**
**Seattle, WA 98199**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1    **William Walker**
_____        Case number (if know) _____
First Name          Middle Name          Last Name

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | $    **0.00** |

**Wade, Zachary**
**1620 Dexter Avenue N**
**#502**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | $    **0.00** |

**Walker, William**
**4899 Montrose Boulevard**
**Apartment 805**
**Houston, TX 77006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address** | $    **0.00** |

**Weagle, Robert**
**2516 Bering Dr**
**Houston, TX 77057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** | $    **0.00** |

**Wells, Jill**
**1203 Willow Springs Road, Unit A**
**Killeen, TX 76549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **FOR NOTICE PURPOSES ONLY**

Debtor 1   **William Walker**
_____     Case number (if know) _____
First Name         Middle Name         Last Name

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | **Wells-Griego, Kathy** | Check all that apply. | |
| | **1500 Lawnmont Drive #901** | ☐ Contingent | |
| | **Round Rock, TX 78664** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim:  **FOR NOTICE PURPOSES ONLY** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | **William Hoch** | Check all that apply. | |
| | **1316 Reiss Court** | ☐ Contingent | |
| | **Oklahoma City, OK 73116** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim:  **FOR NOTICE PURPOSES ONLY** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | **William L. Robey** | Check all that apply. | |
| | **3402 Madeliene Court** | ☐ Contingent | |
| | **Sugar Land, TX 77478** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim:  **FOR NOTICE PURPOSES ONLY** | |

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 0.00 |
|---|---|---|---|
| | **Williams, Marlow B.** | Check all that apply. | |
| | **197 Golden Crown Avenue** | ☐ Contingent | |
| | **Henderson, NV 89002** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

Debtor 1   **William Walker**

First Name         Middle Name         Last Name

Case number (if know) _____

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.10 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Willis, Donna**
**8549 Wilcrest Drive**
**Houston, TX 77099**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.10 6 |
|---|

**Nonpriority creditor's name and mailing address**
**Willis, Michael**
**1092 Linda Lane, Unit B**
**Garden Grove, CA 92840**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| 3.10 7 |
|---|

**Nonpriority creditor's name and mailing address**
**Yeh, Rocky**
**900 NE 47th St**
**Seattle, WA 98105**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

Debtor 1   **William Walker**                                      Case number (if know) _____
           First Name        Middle Name          Last Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,250,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,250,000.00 |

**Fill in this information to identify the case:**

Debtor name  **Baytex Credit Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Baytex Credit Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State        Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State        Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State        Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City          State        Zip Code | | | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Baytex Credit Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** <br> From **1/01/2016** to **Filing Date** | ■ Operating a business <br> ☐ Other | **$0.00** |
| **For prior year:** <br> From **1/01/2015** to **12/31/2015** | ■ Operating a business <br> ☐ Other | **$0.00** |
| **For year before that:** <br> From **1/01/2014** to **12/31/2014** | ■ Operating a business <br> ☐ Other | **$150.00** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Baytex Credit Corp. | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor __Baytex Credit Corp._____  Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Nathan Sommers Jacobs, P.C.**<br>**2800 Post Oak Blvd., 61st Floor**<br>**Houston, TX 77056**<br>**Houston, TX 77056** | | **3/1/16: $5000**<br>**3/31/16: $6717** | **$11,717.00** |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>**William Walker** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **3704 Garrott St.**<br>**Houston, TX 77006** | **01/01/97 - 04/30/13** |

Debtor **Baytex Credit Corp.**                                    Case number *(if known)* _____

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Baytex Credit Corp.**                                              Case number *(if known)*

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **Baytex Credit Corp.**                                              Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| W.V. Walker | 4899 Montrose Blvd., Ste 815 Houston, TX | Director | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SEE ATTACHED SOFA EXHIBIT "28" | | | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

   ■ No
   ☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

   ■ No
   ☐ Yes. Identify below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      **Baytex Credit Corp.**                                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  1, 2016**

**/s/ William Walker**                                          **William Walker**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Chairman and Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

SOFA EXHIBIT "28"

| NAME | ADDRESS | CITY | STATE | ZIP | SHARES | ISSUE DATE |
|---|---|---|---|---|---|---|
| William Walker | 4899 Montrose Boulevard, Apt 805 | Houston | TX | 77006 | 1,000,000 | 3/31/1997 |
| Eric Van Woerden | 2869 West Government Way | Seattle | WA | 98199 | 1,000 | 10/15/2015 |
| Brent McKinnon | 3606 NE 57th St | Seattle | WA | 98105 | 1,000 | 10/15/2015 |
| Joel Render | 8400 South 116th St | Seattle | WA | 98178 | 1,000 | 10/15/2015 |
| Ryan McKelvey | 3435 Burke Ave | Seattle | WA | 98103 | 1,000 | 10/15/2015 |
| Sumeer Singla | 1766 15th Ave South | Seattle | WA | 98144 | 1,000 | 10/15/2015 |
| Kristina Keogh | 5282 3rd Ave West | Seattle | WA | 98119 | 1,000 | 10/15/2015 |
| Samuel Anderson | 822 Lake St. South | Kirkland | WA | 98033 | 1,000 | 10/15/2015 |
| Justin Anderson | 6351 40th Ave Southwest | Seattle | WA | 98136 | 1,000 | 10/15/2015 |
| Carlos Barrienges | 26446 199th Pl Southeast | Covington | WA | 98042 | 1,000 | 10/15/2015 |
| Lawrence McGill | 1505 North 150th | Shoreline | WA | 98133 | 1,000 | 10/15/2015 |
| Michael Cummins | 7 Harrison St # 28 | Seattle | WA | 98109 | 1,000 | 10/15/2015 |
| Maurice Classen | 1712 N Wells St, Unit 3 | Chicago | IL | 60614 | 1,000 | 10/15/2015 |
| Charles Royal | 1317 6th Ave North # 302 | Seattle | WA | 98109 | 1,000 | 10/15/2015 |
| Keith Bonarrigo | 2410 SW Brandon St | Seattle | WA | 98106 | 1,000 | 10/15/2015 |
| Robert Weagle | 2516 Bering Dr. | Houston | TX | 77057 | 1,000 | 10/15/2015 |
| Scott Laney | 10752 Fifth Ave NW | Seattle | WA | 98177 | 1,000 | 10/15/2015 |
| David Fulton | PO Box 10862 | Bainbridge Island | WA | 98110 | 1,000 | 10/15/2015 |
| Marlow B. Williams | 197 Golden Crown Ave | Henderson | NV | 89002 | 1,000 | 11/3/2015 |
| Kyle Perteet | 109 John St APT 507 | Seattle | WA | 98109 | 1,000 | 11/3/2015 |
| Mandi Tealdi | 10306 Meridian Ave N #603 | Seattle | WA | 98133 | 1,000 | 11/3/2015 |
| Nicole Brantley | 5004 8th Ave NW | Seattle | WA | 98107 | 1,000 | 11/3/2015 |
| Zachary Wade | 1620 Dexter Ave N #502 | Seattle | WA | 98109 | 1,000 | 11/7/2015 |
| Trudy Orr McGill | 1505 N 150th | Shoreline | WA | 98133 | 1,000 | 11/7/2015 |
| Gregory Young Tustin Jones | 2414 SW Holden St, Apt. H | Seattle | WA | 98106 | 1,000 | 11/7/2015 |
| Palani Stewart | PO Box 25575 | Seattle | WA | 98165 | 1,000 | 11/7/2015 |
| Jason Cronk | 13810 SE 274th St | Kent | WA | 98042 | 1,000 | 11/7/2015 |
| James Daley | PO Box 25575 | Seattle | WA | 98165 | 1,000 | 11/7/2015 |
| Michael Rubash | 1931 Pilgrims Point Dr | Friendswood | TX | 77546 | 1,000 | 10/30/2015 |
| Tressa Rubash | 1931 Pilgrims Point Dr | Friendswood | TX | 77546 | 1,000 | 11/12/2015 |
| Jill Wells | 1203 Willow Springs Rd, Unit A | Killeen | TX | 76549 | 1,000 | 11/12/2015 |
| William Huhnerkoch | 1247 10th Street, Unit 2 | Santa Monica | CA | 90401 | 1,000 | 10/30/2015 |
| Mallory Mullins | 1427 Wagner | Houston | TX | 77007 | 1,000 | 11/12/2015 |
| Eric Mullins | 1427 Wagner | Houston | TX | 77007 | 1,000 | 11/12/2015 |
| Logan Estill | 2041 West 14 1/2 St | Houston | TX | 77008 | 1,000 | 11/12/2015 |
| Lisa Estill | 2041 West 14 1/2 St | Houston | TX | 77008 | 1,000 | 11/12/2015 |
| Amanda Albritton | 10832 Almeda Park Drive | Houston | TX | 77045 | 1,000 | 11/15/2015 |
| Justin Schmidt | 13823 Cacne Valley Ct | Houston | TX | 77044 | 1,000 | 11/15/2015 |
| Robert Bacon | 1901 Calumet St #306 | Houston | TX | 77006 | 1,000 | 11/15/2015 |
| John Elmer | 631 W Forest Dr | Houston | TX | 77079 | 1,000 | 11/15/2015 |
| Madeleine Elmer | 631 W Forest Dr | Houston | TX | 77079 | 1,000 | 11/15/2015 |
| Jeff Eversmann | 11117 Sandstone Trail | Austin | TX | 78750 | 1,000 | 11/18/2015 |
| Jesse Quirk | 67254 Locke St | Mandeville | LA | 70471 | 1,000 | 11/18/2015 |
| Malaire McKay | 67254 Locke St | Mandeville | LA | 70471 | 1,000 | 11/18/2015 |
| Donna Willis | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/18/2015 |
| Meagan Smith | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/18/2015 |
| Michael Willis | 1092 Linda Lane, Unit B | Garden Grove | CA | 92840 | 1,000 | 11/18/2015 |
| Mason Smith | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/22/2015 |
| Jeff Polmanteer | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/22/2015 |
| Kenneth Dion | 400 Park Ave 10-3 | Breckenridge | CO | 80424 | 1,000 | 11/22/2015 |
| Emma Dion | 400 Park Ave 10-3 | Breckenridge | CO | 80424 | 1,000 | 11/22/2015 |
| Lauren Kinker | 9962 Manor Spings Lane | Brookshire | TX | 77423 | 1,000 | 11/22/2015 |
| Jeremy Eagleman | 407 Breeze Way | Henderson | NV | 89105 | 1,000 | 11/22/2015 |
| Amanda McMillan | 7329 Carrie Lane, #187 | Deer Park | TX | 77536 | 1,000 | 11/22/2015 |
| Brian Perret | 4904 W. Plum St | Pearland | TX | 77581 | 1,000 | 11/22/2015 |
| Darren Michael Dotson | 4219 Geronimo Lane | Houston | TX | 77047 | 1,000 | 11/22/2015 |
| Dominic Michael Griego | 1630 Cornell Dr NE | Albuquerque | NM | 87106 | 1,000 | 11/22/2015 |
| Gloria Paris | 2230 N San Antonio | Pearland | TX | 77581 | 1,000 | 11/22/2015 |
| Heather Savage | 1818 Kipling St | Houston | TX | 77098 | 1,000 | 11/22/2015 |
| Jason Francis | 7329 Carrie Lane, #187 | Pearland | TX | 77536 | 1,000 | 11/22/2015 |
| John Brooks | 9414 N Fitzgerald Way | Missouri City | TX | 77459 | 1,000 | 11/22/2015 |
| Joyce Rubash | 2201 Jefferson Dr. | Liberty | TX | 77575 | 1,000 | 11/27/2015 |
| Kathy Wells-Griego | 1500 Lawnmont Dr. #901 | Liberty | TX | 77545 | 1,000 | 11/27/2015 |
| Gloria Kay Foitik | 3711 Dorothy Lane | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Landis Foitik | 4904 W Plum St | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Lauren Geske | 2627 Morning Glory #1 | Pasadena | TX | 77503 | 1,000 | 11/27/2015 |
| Liza Paris | 2230 San Antonio ST | Pearland | TX | 77581 | 1,000 | 11/27/2015 |

**SOFA EXHIBIT "28"**

| | | | | | | |
|---|---|---|---|---|---|---|
| Lottie Louise Kimmons | 2310 Whitman Way Dr | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| J Mark Rubash | 715 Hidden Wood Lane | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| Michael Kimmons | 2310 Whitman Way Dr | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| Michael Elliott Kirby | 1203 Willow Springs Rd | Killeen | TX | 76549 | 1,000 | 11/27/2015 |
| Morgan Tester | 318 South 1st St | LaPorte | TX | 77571 | 1,000 | 11/27/2015 |
| Sam Paris | 2230 San Antonio St | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Sarah DeLaRosa | 318 South 1st St | LaPorte | TX | 77571 | 1,000 | 11/27/2015 |
| Scott Cessna | 1620 Dexter Ave N, #502 | Seattle | WA | 98109 | 1,000 | 11/27/2015 |
| Armin Moloudeadeh | 8440 36th Ave SW | Seattle | WA | 98126 | 1,000 | 11/27/2015 |
| Michael D Sims | 903 9th Ave. #30 | Seattle | WA | 98104 | 1,000 | 11/27/2015 |
| Christopher Ryen | 13008 4th Ave NW | Seattle | WA | 98177 | 1,000 | 12/3/2015 |
| Michael Fleco | 123 N 103 st, Unit W 212 | Seattle | WA | 98133 | 1,000 | 12/3/2015 |
| Lauren Summers | 2912 1/2 Alki Ave SW | Seattle | WA | 98116 | 1,000 | 12/3/2015 |
| Kevin Phillips | 2912 1/2 Alki Ave SW | Seattle | WA | 98116 | 1,000 | 12/3/2015 |
| Nicholas Joseph Caudill | 10728 8th Ave NE #5 | Seattle | WA | 98125 | 1,000 | 12/3/2015 |
| Michael Cadden | 10311 Sandpoint Way NE | Seattle | WA | 98125 | 1,000 | 12/3/2015 |
| Liberty S Gradwohl | 200 Aloha St., #10, | Seattle | WA | 98109 | 1,000 | 12/3/2015 |
| Elizabeth Russell | 8615 238 St SW, D-201 | Edmonds | WA | 98026 | 1,000 | 12/3/2015 |
| Jacquelyn Moffett | 7532 31st Ave SW | Seattle | WA | 98126 | 1,000 | 12/3/2015 |
| Chris Jones | 2324 1st Ave #300 | Seattle | WA | 98121 | 1,000 | 12/12/2015 |
| Robert E Hayes Jr. | 2124 N 115th | Seattle | WA | 98133 | 1,000 | 12/12/2015 |
| Andrea Cordts | 800 1st Ave N | Seattle | WA | 98109 | 1,000 | 12/12/2015 |
| Megan Mulholland | 5616 80th Ave SE | Mercer Island | WA | 98040 | 1,000 | 12/12/2015 |
| Rocky Yeh | 900 NE 47th St | Seattle | WA | 98105 | 1,000 | 12/12/2015 |
| Carlos Barrienges | 800 1st Ave N #43 | Seattle | WA | 98109 | 1,000 | 12/12/2015 |
| Sinead Cadden | 10311 Sandpoint Way NE | Seattle | WA | 98125 | 1,000 | 12/12/2015 |
| Christopher J Heffron | 2829 Timmons Lane #132 | Houston | TX | 77027 | 1,000 | 12/14/2015 |
| Barbara A Heffron | 1523 Allston St | Houston | TX | 77008 | 1,000 | 12/14/2015 |
| Lindsay Heffron | 1523 Allston St | Houston | TX | 77008 | 1,000 | 12/14/2015 |
| Ray Butler | 17520 425th Ave SE | North Bend | WA | 98045 | 1,000 | 12/14/2015 |
| Frank Moss | 18294 Voss Road | Sugar Land | TX | 77498 | 1,000 | 12/27/2015 |
| Carmina Toledo | 19747 Twin Canyon Ct | Katy | TX | 77450 | 1,000 | 12/27/2015 |
| Angela Alcantara | 19747 Twin Canyon Ct | Katy | TX | 77450 | 1,000 | 12/27/2015 |
| William L. Robey | 3402 Madeliene Court | Sugar Land | TX | 77478 | 1,000 | 1/18/2016 |
| Angela M Hall | 2829 Timmons Lane #158 | Houston | TX | 77027 | 1,000 | 1/21/2016 |
| Tim Hoch | 4408 Dunwick Lane | Ft. Worth | TX | 76109 | 10,000 | 2/15/2016 |
| William Hoch | 1316 Reiss Court | Oklahoma City | OK | 73116 | 10,000 | 2/15/2016 |
| George Koo | 126 Fig Drive | Dix Hills | NY | 11746 | 1,000 | 2/29/2016 |

Total Shares =                    1,122,000

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Baytex Credit Corp.**

Case No. _____

Debtor(s)

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):   **William Walker**

4.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  1, 2016**

*Date*

**/s/ Jarrod Martin**
**Jarrod Martin 24070221**
*Signature of Attorney*
**Nathan Sommers Jacobs, A Professional Corporation**
**2800 Post Oak Blvd., 61st Floor**
**Houston, TX 77056**
**713-960-0303  Fax: 713-892-4800**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of Texas

In re   **Baytex Credit Corp.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See attached Exhibit** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman and Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 1, 2016**

Signature   **/s/ William Walker**

**William Walker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**SOFA EXHIBIT "28"**

| NAME | ADDRESS | CITY | STATE | ZIP | SHARES | ISSUE DATE |
|------|---------|------|-------|-----|--------|------------|
| William Walker | 4899 Montrose Boulevard, Apt 805 | Houston | TX | 77006 | 1,000,000 | 3/31/1997 |
| Eric Van Woerden | 2869 West Government Way | Seattle | WA | 98199 | 1,000 | 10/15/2015 |
| Brent McKinnon | 3606 NE 57th St | Seattle | WA | 98105 | 1,000 | 10/15/2015 |
| Joel Render | 8400 South 116th St | Seattle | WA | 98178 | 1,000 | 10/15/2015 |
| Ryan McKelvey | 3435 Burke Ave | Seattle | WA | 98103 | 1,000 | 10/15/2015 |
| Sumeer Singla | 1766 15th Ave South | Seattle | WA | 98144 | 1,000 | 10/15/2015 |
| Kristina Keogh | 5282 3rd Ave West | Seattle | WA | 98119 | 1,000 | 10/15/2015 |
| Samuel Anderson | 822 Lake St. South | Kirkland | WA | 98033 | 1,000 | 10/15/2015 |
| Justin Anderson | 6351 40th Ave Southwest | Seattle | WA | 98136 | 1,000 | 10/15/2015 |
| Carlos Barrienges | 26446 199th Pl Southeast | Covington | WA | 98042 | 1,000 | 10/15/2015 |
| Lawrence McGill | 1505 North 150th | Shoreline | WA | 98133 | 1,000 | 10/15/2015 |
| Michael Cummins | 7 Harrison St # 28 | Seattle | WA | 98109 | 1,000 | 10/15/2015 |
| Maurice Classen | 1712 N Wells St, Unit 3 | Chicago | IL | 60614 | 1,000 | 10/15/2015 |
| Charles Royal | 1317 6th Ave North # 302 | Seattle | WA | 98109 | 1,000 | 10/15/2015 |
| Keith Bonarrigo | 2410 SW Brandon St | Seattle | WA | 98106 | 1,000 | 10/15/2015 |
| Robert Weagle | 2516 Bering Dr. | Houston | TX | 77057 | 1,000 | 10/15/2015 |
| Scott Laney | 10752 Fifth Ave NW | Seattle | WA | 98177 | 1,000 | 10/15/2015 |
| David Fulton | PO Box 10862 | Bainbridge Island | WA | 98110 | 1,000 | 10/15/2015 |
| Marlow B. Williams | 197 Golden Crown Ave | Henderson | NV | 89002 | 1,000 | 11/3/2015 |
| Kyle Perteet | 109 John St APT 507 | Seattle | WA | 98109 | 1,000 | 11/3/2015 |
| Mandi Tealdi | 10306 Meridian Ave N #603 | Seattle | WA | 98133 | 1,000 | 11/3/2015 |
| Nicole Brantley | 5004 8th Ave NW | Seattle | WA | 98107 | 1,000 | 11/3/2015 |
| Zachary Wade | 1620 Dexter Ave N #502 | Seattle | WA | 98109 | 1,000 | 11/7/2015 |
| Trudy Orr McGill | 1505 N 150th | Shoreline | WA | 98133 | 1,000 | 11/7/2015 |
| Gregory Young Tustin Jones | 2414 SW Holden St, Apt. H | Seattle | WA | 98106 | 1,000 | 11/7/2015 |
| Palani Stewart | PO Box 25575 | Seattle | WA | 98165 | 1,000 | 11/7/2015 |
| Jason Cronk | 13810 SE 274th St | Kent | WA | 98042 | 1,000 | 11/7/2015 |
| James Daley | PO Box 25575 | Seattle | WA | 98165 | 1,000 | 11/7/2015 |
| Michael Rubash | 1931 Pilgrims Point Dr | Friendswood | TX | 77546 | 1,000 | 10/30/2015 |
| Tressa Rubash | 1931 Pilgrims Point Dr | Friendswood | TX | 77546 | 1,000 | 11/12/2015 |
| Jill Wells | 1203 Willow Springs Rd, Unit A | Killeen | TX | 76549 | 1,000 | 11/12/2015 |
| William Huhnerkoch | 1247 10th Street, Unit 2 | Santa Monica | CA | 90401 | 1,000 | 10/30/2015 |
| Mallory Mullins | 1427 Wagner | Houston | TX | 77007 | 1,000 | 11/12/2015 |
| Eric Mullins | 1427 Wagner | Houston | TX | 77007 | 1,000 | 11/12/2015 |
| Logan Estill | 2041 West 14 1/2 St | Houston | TX | 77008 | 1,000 | 11/12/2015 |
| Lisa Estill | 2041 West 14 1/2 St | Houston | TX | 77008 | 1,000 | 11/12/2015 |
| Amanda Albritton | 10832 Almeda Park Drive | Houston | TX | 77045 | 1,000 | 11/15/2015 |
| Justin Schmidt | 13823 Cacne Valley Ct | Houston | TX | 77044 | 1,000 | 11/15/2015 |
| Robert Bacon | 1901 Calumet St #306 | Houston | TX | 77006 | 1,000 | 11/15/2015 |
| John Elmer | 631 W Forest Dr | Houston | TX | 77079 | 1,000 | 11/15/2015 |
| Madeleine Elmer | 631 W Forest Dr | Houston | TX | 77079 | 1,000 | 11/15/2015 |
| Jeff Eversmann | 11117 Sandstone Trail | Austin | TX | 78750 | 1,000 | 11/18/2015 |
| Jesse Quirk | 67254 Locke St | Mandeville | LA | 70471 | 1,000 | 11/18/2015 |
| Malaire McKay | 67254 Locke St | Mandeville | LA | 70471 | 1,000 | 11/18/2015 |
| Donna Willis | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/18/2015 |
| Meagan Smith | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/18/2015 |
| Michael Willis | 1092 Linda Lane, Unit B | Garden Grove | CA | 92840 | 1,000 | 11/18/2015 |
| Mason Smith | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/22/2015 |
| Jeff Polmanteer | 8549 Wilcrest Dr | Houston | TX | 77099 | 1,000 | 11/22/2015 |
| Kenneth Dion | 400 Park Ave 10-3 | Breckenridge | CO | 80424 | 1,000 | 11/22/2015 |
| Emma Dion | 400 Park Ave 10-3 | Breckenridge | CO | 80424 | 1,000 | 11/22/2015 |
| Lauren Kinker | 9962 Manor Spings Lane | Brookshire | TX | 77423 | 1,000 | 11/22/2015 |
| Jeremy Eagleman | 407 Breeze Way | Henderson | NV | 89105 | 1,000 | 11/22/2015 |
| Amanda McMillan | 7329 Carrie Lane, #187 | Deer Park | TX | 77536 | 1,000 | 11/22/2015 |
| Brian Perret | 4904 W. Plum St | Pearland | TX | 77581 | 1,000 | 11/22/2015 |
| Darren Michael Dotson | 4219 Geronimo Lane | Houston | TX | 77047 | 1,000 | 11/22/2015 |
| Dominic Michael Griego | 1630 Cornell Dr NE | Albuquerque | NM | 87106 | 1,000 | 11/22/2015 |
| Gloria Paris | 2230 N San Antonio | Pearland | TX | 77581 | 1,000 | 11/22/2015 |
| Heather Savage | 1818 Kipling St | Houston | TX | 77098 | 1,000 | 11/22/2015 |
| Jason Francis | 7329 Carrie Lane, #187 | Pearland | TX | 77536 | 1,000 | 11/22/2015 |
| John Brooks | 9414 N Fitzgerald Way | Missouri City | TX | 77459 | 1,000 | 11/22/2015 |
| Joyce Rubash | 2201 Jefferson Dr. | Liberty | TX | 77575 | 1,000 | 11/27/2015 |
| Kathy Wells-Griego | 1500 Lawnmont Dr. #901 | Liberty | TX | 77545 | 1,000 | 11/27/2015 |
| Gloria Kay Foitik | 3711 Dorothy Lane | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Landis Foitik | 4904 W Plum St | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Lauren Geske | 2627 Morning Glory #1 | Pasadena | TX | 77503 | 1,000 | 11/27/2015 |
| Liza Paris | 2230 San Antonio ST | Pearland | TX | 77581 | 1,000 | 11/27/2015 |

**SOFA EXHIBIT "28"**

| Name | Address | City | State | Zip | Shares | Date |
|---|---|---|---|---|---|---|
| Lottie Louise Kimmons | 2310 Whitman Way Dr | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| J Mark Rubash | 715 Hidden Wood Lane | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| Michael Kimmons | 2310 Whitman Way Dr | Friendswood | TX | 77546 | 1,000 | 11/27/2015 |
| Michael Elliott Kirby | 1203 Willow Springs Rd | Killeen | TX | 76549 | 1,000 | 11/27/2015 |
| Morgan Tester | 318 South 1st St | LaPorte | TX | 77571 | 1,000 | 11/27/2015 |
| Sam Paris | 2230 San Antonio St | Pearland | TX | 77581 | 1,000 | 11/27/2015 |
| Sarah DeLaRosa | 318 South 1st St | LaPorte | TX | 77571 | 1,000 | 11/27/2015 |
| Scott Cessna | 1620 Dexter Ave N, #502 | Seattle | WA | 98109 | 1,000 | 11/27/2015 |
| Armin Moloudeadeh | 8440 36th Ave SW | Seattle | WA | 98126 | 1,000 | 11/27/2015 |
| Michael D Sims | 903 9th Ave. #30 | Seattle | WA | 98104 | 1,000 | 11/27/2015 |
| Christopher Ryen | 13008 4th Ave NW | Seattle | WA | 98177 | 1,000 | 12/3/2015 |
| Michael Fleco | 123 N 103 st, Unit W 212 | Seattle | WA | 98133 | 1,000 | 12/3/2015 |
| Lauren Summers | 2912 1/2 Alki Ave SW | Seattle | WA | 98116 | 1,000 | 12/3/2015 |
| Kevin Phillips | 2912 1/2 Alki Ave SW | Seattle | WA | 98116 | 1,000 | 12/3/2015 |
| Nicholas Joseph Caudill | 10728 8th Ave NE #5 | Seattle | WA | 98125 | 1,000 | 12/3/2015 |
| Michael Cadden | 10311 Sandpoint Way NE | Seattle | WA | 98125 | 1,000 | 12/3/2015 |
| Liberty S Gradwohl | 200 Aloha St., #10, | Seattle | WA | 98109 | 1,000 | 12/3/2015 |
| Elizabeth Russell | 8615 238 St SW, D-201 | Edmonds | WA | 98026 | 1,000 | 12/3/2015 |
| Jacquelyn Moffett | 7532 31st Ave SW | Seattle | WA | 98126 | 1,000 | 12/3/2015 |
| Chris Jones | 2324 1st Ave #300 | Seattle | WA | 98121 | 1,000 | 12/12/2015 |
| Robert E Hayes Jr. | 2124 N 115th | Seattle | WA | 98133 | 1,000 | 12/12/2015 |
| Andrea Cordts | 800 1st Ave N | Seattle | WA | 98109 | 1,000 | 12/12/2015 |
| Megan Mulholland | 5616 80th Ave SE | Mercer Island | WA | 98040 | 1,000 | 12/12/2015 |
| Rocky Yeh | 900 NE 47th St | Seattle | WA | 98105 | 1,000 | 12/12/2015 |
| Carlos Barrienges | 800 1st Ave N #43 | Seattle | WA | 98109 | 1,000 | 12/12/2015 |
| Sinead Cadden | 10311 Sandpoint Way NE | Seattle | WA | 98125 | 1,000 | 12/12/2015 |
| Christopher J Heffron | 2829 Timmons Lane #132 | Houston | TX | 77027 | 1,000 | 12/14/2015 |
| Barbara A Heffron | 1523 Allston St | Houston | TX | 77008 | 1,000 | 12/14/2015 |
| Lindsay Heffron | 1523 Allston St | Houston | TX | 77008 | 1,000 | 12/14/2015 |
| Ray Butler | 17520 425th Ave SE | North Bend | WA | 98045 | 1,000 | 12/14/2015 |
| Frank Moss | 18294 Voss Road | Sugar Land | TX | 77498 | 1,000 | 12/27/2015 |
| Carmina Toledo | 19747 Twin Canyon Ct | Katy | TX | 77450 | 1,000 | 12/27/2015 |
| Angela Alcantara | 19747 Twin Canyon Ct | Katy | TX | 77450 | 1,000 | 12/27/2015 |
| William L. Robey | 3402 Madeliene Court | Sugar Land | TX | 77478 | 1,000 | 1/18/2016 |
| Angela M Hall | 2829 Timmons Lane #158 | Houston | TX | 77027 | 1,000 | 1/21/2016 |
| Tim Hoch | 4408 Dunwick Lane | Ft. Worth | TX | 76109 | 10,000 | 2/15/2016 |
| William Hoch | 1316 Reiss Court | Oklahoma City | OK | 73116 | 10,000 | 2/15/2016 |
| George Koo | 126 Fig Drive | Dix Hills | NY | 11746 | 1,000 | 2/29/2016 |

Total Shares =                    1,122,000

# United States Bankruptcy Court
## Southern District of Texas

In re    **Baytex Credit Corp.**

                       Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April  1, 2016**

                            **/s/ William Walker**

                            **William Walker/Chairman and Director**
                            Signer/Title

Albritton, Amanda
10832 Almeda Park Drive
Houston, TX 77045

Anderson, Justin
6351 40th Avenue Southwest
Seattle, WA 98136

Anderson, Samuel
822 Lake Street South
Kirkland, WA 98033

Angela Alcantara
19747 Twin Canyon Ct
Katy, TX 77450

Angela M. Hall
2829 Timmons Ave
Houston, TX 77027

Bacon, Robert
1901 Calumet St #306
Houston, TX 77006

Barrienges, Carlos
26446 199th Place Southeast
Covington, WA 98042

Bonarrigo, Keith
2410 SW Brandon Street
Seattle, WA 98106

Brantley, Nicole
5004 8th Avenue NW
Seattle, WA 98107

Brooks, John
9414 N. Fitzgerald Way
Missouri City, TX 77459

Butler, Ray
17520 425th Avenue SE
North Bend, WA 98045

Cadden, Michael
10311 Sandpoint Way NE
Seattle, WA 98125

Cadden, Sinead
10311 Sandpoint Way NE
Seattle, WA 98125

Carmina Toledo
19747 Twin Canyon Ct
Katy, TX 77450

Caudill, Nicholas Joseph
10728 8th Ave NE #5
Seattle, WA 98125

Cessna, Scott
1620 Dexter Ave N, #502
Seattle, WA 98109

Classen, Maurice
1712 N. Wells Street, Unit 3
Chicago, IL 60614

Cordts, Andrea
800 1st Ave N
Seattle, WA 98109

Cronk, Jason
13810 SE 274th Street
Kent, WA 98042

Cummins, Michael
7 Harrison Street #28
Seattle, WA 98109

Daley, James
PO Box 25575
Seattle, WA 98165

DeLaRosa, Sarah
318 South 1st St
La Porte, TX 77571

Dion, Emma
400 Park Avenue 10-3
Breckenridge, CO 80424

Dion, Kenneth
400 Park Avenue 10-3
Breckenridge, CO 80424

Dotson, Darren Michael
4219 Geronimo Lane
Houston, TX 77047

Eagleman, Jeremy
407 Breeze Way
Las Vegas, NV 89105

Elmer, John
631 W Forest Drive
Houston, TX 77079

Elmer, Madeline
631 W Forest Drive
Houston, TX 77079

Estill, Lisa
2041 West 14 1/2 St
Houston, TX 77008

Estill, Logan
2041 West 14 1/2 St
Houston, TX 77008

Eversmann, Jeff
11117 Sandstone Trail
Austin, TX 78750

Fleco, Michael
123 N 103 St, Unit W 212
Seattle, WA 98133

Foitik, Gloria Kay
3711 Dorothy Lane
Pearland, TX 77581

Foitik, Landis
4904 W Plum St
Pearland, TX 77581

Francis, Jason
7329 Carrie Lane, #187
Deer Park, TX 77536

Frank Moss
18294 Voss Road
Sugar Land, TX 77498

Fulton, David
PO Box 10862
Bainbridge Island, WA 98110

George Koo
126 Fig Drive
Dix Hills, NY 11746

Geske, Lauren
2627 Morning Glory #1
Pasadena, TX 77503

Gradwohl, Liberty S.
200Aloha St, #10
Seattle, WA 98109

Griego, Dominic Michael
1630 Cronell Dr NE
Albuquerque, NM 87106

Hayes, Jr., Robert E
12124 N 115th
Seattle, WA 98133

Heffron, Barbara
1523 Allston St
Houston, TX 77008

Heffron, Christopher J
2829 Timmons Lane #132
Houston, TX 77027

Heffron, Lindsay
1523 Allston St
Houston, TX 77008

Huhnerkoch, William
1247 10th Street, Unit 2
Santa Monica, CA 90401

Jones, Chris
2324 1st Ave #300
Seattle, WA 98121

Jones, Gregory Young Tustin
2414 SW Holden St
Apt H
Seattle, WA 98106

Keogh, Kristina
5282 3rd Avenue West
Seattle, WA 98119

Kimmons, Lottie Louise
2310 Whitman Way Dr
Friendswood, TX 77546

Kimmons, Michael
2310 Whitman Wway Dr
Friendswood, TX 77546

Kinker, Lauren
9962 Manor Spings Lane
77423

Kirby, Michael Elliott
1203 Willow Springs Road
Killeen, TX 76549

Laney, Scott
10752 Fifth Avenue NW
Seattle, WA 98177

McGill, Lawrence
1505 North 150th
Shoreline, WA 98133

McGill, Trudy Orr
1505 N. 150th
Seattle, WA 98133

McKay, Malaire
67254 Locke St
Mandeville, LA 70471

McKelvey, Ryan
3435 Burke Avenue
Seattle, WA 98103

McKinnon, Brent
3606 NE 57th Street
Seattle, WA 98105

McMillian, Amanda
7329 Carrie Lane, #187
Deer Park, TX 77536

Moffett, Jacquelyn
7532 31st Ave SW
Seattle, WA 98126

Moloudeadeh, Armin
8440 36th Avenue SW
Seattle, WA 98126

Mulholland, Megan
5616 80th Ave SE
Mercer Island, WA 98040

Mullins, Eric
1427 Wagner
Houston, TX 77007

Mullins, Mallory
1427 Wagner
Houston, TX 77007

Office Trade Company
4899 Montrose Boulevard
Apartment 805
Houston, TX 77006

Paris, Gloria
2230 N. San Antonio
Pearland, TX 77581

Paris, Liza
2230 San Antonio St
Pearland, TX 77581

Paris, Sam
2230 San Antonio St
Pearland, TX 77581

Perret, Brian
4904 W. Plum St
Pearland, TX 77581

Perteet, Kyle
109 John Street
APT 507
Seattle, WA 98109

Phillips, Kevin
2912 1/2 Alki Ave SW
Seattle, WA 98116

Polmanteer, Jeff
8549 Wilcrest Drive
Houston, TX 77099

Quirk, Jesse
67254 Locke St
Mandeville, LA 70471

Render, Joel
8400 South 116th Street
Seattle, WA 98178

Revenue LLC
819 Fifth Ave. North
Seattle, WA 98109

Royal, Charles
1317 6th ave North #302
Seattle, WA 98109

Rubash, J. Mark
715 Hidden Wood Lane
Friendswood, TX 77546

Rubash, Joyce
2201 Jefferson Dr
Liberty, TX 77575

Rubash, Michael
1931 Pilgrims Point Drive
Friendswood, TX 77546

Rubash, Tressa
1931 Pilgrims Point Drive
Friendswood, TX 77546

Russell, Elizabeth
8615 238 St SW, D-201
Edmonds, WA 98026

Ryen, Christopher
13008 4th Avenue NW
Seattle, WA 98177

Savage, Heather
1818 Kipling St
Houston, TX 77098

Schmidt, Justin
13823 Cane Valley Ct
Houston, TX 77044

Sims, Michael D.
903 9th Avenue, #30
Seattle, WA 98104

Singla, Sumeer
1766 15th Avenue South
Seattle, WA 98144

Smith, Mason
8549 Wilcrest Dr
Houston, TX 77099

Smith, Meagan
8549 Wilcrest Dr
Houston, TX 77099

Spur Growth Partners, LLC
2041 W. 14 1/2 St
Houston, TX 77008

Stewart, Palani
PO Box 25575
Seattle, WA 98165

Summers, Lauren
2912 1/2 Alki Avenue SW
Seattle, WA 98116

Tealdi, Mandi
10306 Meridian Avenue N
#603
Seattle, WA 98133

Tester, Morgan
318 South 1st St
La Porte, TX 77571

Tim Hoch
4408 Dunwick Lane
Fort Worth, TX 76109

Van Woerden, Eric
2869 West Government Way
Seattle, WA 98199

Wade, Zachary
1620 Dexter Avenue N
#502
Seattle, WA 98109

Walker, William
4899 Montrose Boulevard
Apartment 805
Houston, TX 77006

Weagle, Robert
2516 Bering Dr
Houston, TX 77057

Wells, Jill
1203 Willow Springs Road, Unit A
Killeen, TX 76549

Wells-Griego, Kathy
1500 Lawnmont Drive #901
Round Rock, TX 78664

William Hoch
1316 Reiss Court
Oklahoma City, OK 73116

William L. Robey
3402 Madeliene Court
Sugar Land, TX 77478

Williams, Marlow B.
197 Golden Crown Avenue
Henderson, NV 89002

Willis, Donna
8549 Wilcrest Drive
Houston, TX 77099

Willis, Michael
1092 Linda Lane, Unit B
Garden Grove, CA 92840

Yeh, Rocky
900 NE 47th St
Seattle, WA 98105

Resolution of Board of Directors
of
**Baytex Credit Corp.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that ,  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that ,   of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that ,  of this Corporation is authorized and directed to employ **Jarrod B. Martin, Texas Bar No. 24070221**, attorney and the law firm of **Nathan Sommers Jacobs, A Professional Corporation** to represent the corporation in such bankruptcy case.

Date _____4-1-2016_____                     Signed _____William Vincent Sells_____

Date _____                Signed _____

## United States Bankruptcy Court
### Southern District of Texas

In re   **Baytex Credit Corp.** _____      Case No. _____
                                      Debtor(s)             Chapter   **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **Baytex Credit Corp.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 22 day of March, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that ,  of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that ,  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that ,  of this Corporation is authorized and directed to employ **Jarrod Martin, Texas Bar No. 24070221**, attorney and the law firm of **Nathan Sommers Jacobs, A Professional Corporation** to represent the corporation in such bankruptcy case."

Date   _4-1-2016_____        Signed   _William Vincent Walker_____